## Cheryl Lynn HARRIS, Movant–Appellant,

### v.

## STATE of Missouri, Respondent.

### No. 71902.

Missouri Court of Appeals, Eastern District, Division One.

June 10, 1997.

Judith C. LaRose, Asst. Public Defender, Columbia, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Cheryl Lynn Harris (Movant) appeals from the denial of her Rule 24.035 motion without a hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential

value. The judgment is affirmed in accordance with Rule 84.16(b).